

**FILED**

**MAR 30 2021**

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:
THE SEIZURE OF
UNITED STATES CURRENCY
AGGREGATING $185,126.83

MISC. NO. 3:15MC42
(Chief Judge Groh)

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States moves this Court to unseal this case. The basis for the unsealing is that an Indictment has been returned related to this investigation and the criminal case is adjudicated. Accordingly, the reasons for sealing no longer exist.

Respectfully submitted,

MERRICK B. GARLAND
ATTORNEY GENERAL

LISA G. JOHNSTON
ACTING UNITED STATES ATTORNEY

By:  /s/ *Danae DeMasi-Lemon*
Danae DeMasi-Lemon
Assistant United States Attorney